PROB 34
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**

FILED
MAY 31 2017
Clerk, U.S Courts
District Of Montana
Missoula Division

# UNITED STATES DISTRICT COURT

FOR THE

District of Montana

UNITED STATES OF AMERICA

v.

Jay William Isles Sr

Crim. No. CR 15-32-M-DWM-05

It appearing that the above named has complied with the conditions of probation/supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of probation/supervised release expired on 05/26/2017, I therefore recommend that the defendant be discharged from probation/supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

*U.S. Probation Officer*

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation/supervised release and that the proceedings in the case be terminated.

Dated this 31st day of May, 2017.

*United States District Judge*