IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC DANIEL DOYLE,<br><br>Defendant. | CR 15-32-M-DWM<br><br>ORDER |

IT IS ORDERED that a detention hearing is set for December 12, 2017, at 11:00 a.m. at the Russell Smith Courthouse, 201 E. Broadway, in Missoula, Montana.

DATED this 8th day of December, 2017.

*Jeremiah C. Lynch*
Jeremiah C. Lynch
United States Magistrate Judge